AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FID 11797736

RECEIVED

By USMS District of Columbia District Court at 9:52 am, Apr 25, 2025

United States of America

v.

ANTHONY BRASSELL JR.,

*Defendant*

Case: 1:24-cr-00553
Assigned To: Mehta, Amit P.
Assign Date: 4/24/2025
Description: SUPERSEDING INDICTMENT (B)
Related Case No: 24-cr-553 (APM)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ANTHONY BRASSELL JR., who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Commit an Offense Against the United States)

18 U.S.C. §§ 922(o) and 2 (Unlawful Transfer and Possession of a Machinegun and Aiding and Abetting)

Date: 4/24/2025

[signature]
*Issuing officer's signature*

City and state: WASHINGTON, DC

Matthew J Sharbaugh, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/25/25, and the person was arrested on *(date)* 4/28/25 at *(city and state)* Washington DC.

Date: 4/28/25

N. [signature]
*Arresting officer's signature*

Nathan Wolfe DUSM
*Printed name and title*